

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

TEVIN JACKSON,

                               Plaintiff, **STIPULATION AND ORDER OF WITHDRAWAL**

        -against-

                               11 CV 62 (SLT) (RML)

THE CITY OF NEW YORK, UNDERCOVER OFFICER
C0032, POLICE OFFICER JOHN DOE 1-5,

                               Defendants.

------------------------------------------------------------X

        **WHEREAS**, plaintiff Tevin Jackson commenced this action by filing a complaint on or about January 5, 2011, in the Eastern District of New York alleging violations of his federal and state rights;

        **WHEREAS**, at the time of the filing of this complaint, plaintiff was and continues to be represented by Christopher Wright, Esq.;

        **WHEREAS**, plaintiff Tevin Jackson has authorized counsel to withdraw this matter as against defendants on the terms enumerated below;

        **WHEREAS**, the City of New York and Undercover Officer C0032 ("defendants") are named defendants in this case;

        **WHEREAS**, plaintiff Tevin Jackson no longer wishes to pursue any claims against defendants; and

        **WHEREAS**, plaintiff Tevin Jackson agrees to voluntarily dismiss the claims raised in this matter as against defendants without further proceedings; and

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys for plaintiff and defendants, as follows:

1. Any and all claims against the defendants are dismissed, with prejudice.

2. Plaintiff agrees to voluntarily dismiss this action, with prejudice, as against defendants, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and without any expenses, fees or costs to any party.

3. Any and all successors or assigns, present or former employees, representatives and agents of the City of New York and the New York City Police Department are released and discharged from any and all liability arising from any claims or rights of action which were or could have been alleged by plaintiff arising out of the events alleged in the complaint in said action, including all claims for attorney's fees, expenses and costs.

4. The above action is discontinued with prejudice as set forth herein without attorney's fees or costs to any party.

5. This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order

regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
November 30, 2011

Christopher Wright, Esq.
Attorney for Plaintiff
305 Broadway, 14th Floor
New York, New York 10007
(212) 822-1419

By: _____
Christopher Wright, Esq.

MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
Attorney for Defendants City of New York and Undercover Officer C0032
100 Church Street
New York, New York 10007
(212) 341-9848

By: _____
DIEP NGUYEN
Assistant Corporation Counsel

The Clerk of Court is respectfully directed to close this case.

SO ORDERED:

s/ SLT
_____
HONORABLE SANDRA L. TOWNES
UNITED STATES DISTRICT JUDGE

-3-